THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY J. RATHE, | ) | 4:08CV3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed an application to proceed with this social security appeal without prepayment of fees or costs. (Filing 2.) Though the plaintiff appears to have been unemployed since 2003, she claims to own half of a checking or savings account containing $24,110.42, as well as half of an IRA ($18,736.04), car ($3,825), truck ($4,710), and home ($132,570). The plaintiff also indicates that there are no persons dependent upon her for support. (Filing 2, at 2.)

Because the plaintiff appears able to pay the costs of these proceedings, I shall deny the plaintiff's motion.

IT IS ORDERED:

1.     The plaintiff's application to proceed with this social security appeal without prepayment of fees or costs (filing 2) is denied;

2.     The plaintiff shall submit the filing fee to the Clerk of the United States District Court for the District of Nebraska within 20 days of the date of this order, in the absence of which this matter may be dismissed without further notice.

January 24, 2008.

                                  BY THE COURT:
                                  s/ *Richard G. Kopf*
                                  United States District Judge