IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY J. RATHE, | ) | 4:08CV3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed an unopposed motion for an extension of time in which to respond to Defendant's brief.  (Filing 21.)  The motion shall be granted, and the briefing schedule shall be amended as follows:

IT IS ORDERED:

1.    Plaintiff's unopposed motion for an extension of time in which to respond to Defendant's brief (filing 21) is granted;

2.    Plaintiff shall file a brief in response to Defendant's brief by October 6, 2008;

3.    This case shall be ripe for decision on October 7, 2008.


September 15, 2008.                                    BY THE COURT:
                                                       s/ *Richard G. Kopf*
                                                       United States District Judge