IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY J. RATHE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3011 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, Michael J. Astrue, Commissioner, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, and sentence four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered for Mary J. Rathe and against Michael J. Astrue, Commissioner of the Social Security Administration, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings consistent with the opinion of the court.

October 29, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge