## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY J. RATHE, | ) | 4:08CV3011 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, Michael J. | ) | |
| Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, (1) Plaintiff's counsel is awarded $7,063.44 in attorney fees pursuant to 42 U.S.C. § 406(b), which shall be paid directly to Plaintiff's counsel from the Plaintiff's past-due benefits that are being withheld by the Social Security Administration for payment of an authorized attorney fee; and (2) the government shall pay directly to Plaintiff $3,080.06 in attorney fees that would have been awarded under the EAJA, had Plaintiff's counsel properly sought those fees.

July 8, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge