IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY J. RATHE, | ) | 4:08CV3011 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SOCIAL SECURITY ADMINISTRATION, Michael J. Astrue, Commissioner, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, Plaintiff's counsel is awarded $7,063.44 in attorney fees pursuant to 42 U.S.C. § 406(b), which shall be paid directly to Plaintiff's counsel from the Plaintiff's past-due benefits that are being withheld by the Social Security Administration for payment of an authorized attorney fee.

July 9, 2009.                                              BY THE COURT:
                                                           s/ *Richard G. Kopf*
                                                           United States District Judge